UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: HALL, THOMAS D. § Case No. 10-50520
§
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   Northern District of Illinois
   219 S. Dearborn
   Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on  / /  in Courtroom 140, United States Courthouse,
Kane County Courthouse
100 S. Third Street
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  11/01/2011           By:   JOSEPH R. VOILAND
                                                    Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: HALL, THOMAS D. § Case No. 10-50520
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 6,200.36 |
| *and approved disbursements of* | $ 75.00 |
| *leaving a balance on hand of* [1] | $ 6,125.36 |
| **Balance on hand:** | $ 6,125.36 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 6,125.36 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - JOSEPH R. VOILAND | 1,370.04 | 0.00 | 1,370.04 |
| Trustee, Expenses - JOSEPH R. VOILAND | 38.39 | 0.00 | 38.39 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 1,408.43 |
| Remaining balance: | $ 4,716.93 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |  |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 4,716.93 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 4,716.93 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 31,359.81 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 15.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 2,810.20 | 0.00 | 422.70 |
| 2 | American InfoSource LP as agent for Citibank N.A. | 2,250.39 | 0.00 | 338.49 |
| 3 | Fifth Third Bank | 4,720.19 | 0.00 | 709.98 |
| 4 | Chase Bank USA, N.A. | 10,694.03 | 0.00 | 1,608.52 |
| 5 | Chase Bank USA, N.A. | 1,114.22 | 0.00 | 167.59 |
| 6 | FIA Card Services, NA/Bank of America | 9,770.78 | 0.00 | 1,469.65 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 4,716.93 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JOSEPH R. VOILAND
Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:
Thomas D. Hall
    Debtor

Case No. 10-50520-MB
Chapter 7

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0752-1 | User: arodarte | Page 1 of 2 | Date Rcvd: Nov 29, 2011 |
| | Form ID: pdf006 | Total Noticed: 20 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2011.
```
db            +Thomas D. Hall,    1119 W. Wilson St., Apt D,    Batavia, IL 60510-1878
17542487       American InfoSource LP as agent for Citibank N.A.,    PO Box 248840,
                Oklahoma City, OK   73124-8840
16410978       Bank Of America,    P.O. Box 21848,    Greensboro, NC  27420-1848
16410979       Cardmember Services,    P.O. Box 15298,    Wilmington, DE  19850-5298
17244739       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16410980      +Citgo Plus Card,    P.O. Box 6401,    Sioux Falls, SD 57117-6401
16410981       Credit First, N.A.,    P.O. Box 81344,    Cleveland, OH  44188-0344
16410983       Drive Card Credit Plan,    P.O. Box653054,    Dallas, TX  75265-3054
16410984      +Exxon Mobil,    P.O. Box 6404,    Sioux Falls, SD 57117-6404
17187962      +Fifth Third Bank,    PO BOX 829009,    Dallas, TX 75382-9009
16410985      +Fifth Third Bank,    C/O Northland Group Inc.,    P.O. Box 390846,    Minneapolis, MN 55439-0846
16410976      +Hall Thomas D,    1119 W Wilson St Apt D,    Batavia, IL 60510-1878
16410986       Radioshack Credit Plan,    P.O. Box 653054,    Dallas, TX  75265-3054
16410977      #Ruddy Milroy & King LLC,    1700 N Farnsworth Ave Suite 12,    Aurora, IL  60505-1186
16410987      +Union Plus,    P.O. Box 438,    Wood Dale, IL 60191-0438
16410988       Union Plus Credit Card,    PO Box 80027,    Salinas, CA 93912-0027
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17178141       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 30 2011 04:54:10
                American InfoSource LP as agent for,    Citibank (South Dakota) N.A.,    PO Box 248840,
                Oklahoma City, OK   73124-8840
16410982       E-mail/PDF: mrdiscen@discoverfinancial.com Nov 30 2011 04:54:34     Discover,    P.O. Box 30943,
                Salt Lake City, UT   84130
17170402       E-mail/PDF: mrdiscen@discoverfinancial.com Nov 30 2011 04:54:34     Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
17549213       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 30 2011 04:54:10
                FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,    PO Box 248809,
                Oklahoma City, OK   73124-8809
                                                                                              TOTAL: 4
```

        ***** BYPASSED RECIPIENTS *****
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 01, 2011**        **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: arodarte              Page 2 of 2                  Date Rcvd: Nov 29, 2011
                              Form ID: pdf006             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2011 at the address(es) listed below:

```
              Joseph  Voiland    jrvoiland@sbcglobal.net, IL43@ecfcbis.com
              Lincoln M King     on behalf of Debtor Thomas Hall lincoln@rmklawfirm.com, jruddy@rmklawfirm.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3
```

Case 10-50520   Doc 23   Filed 11/29/11   Entered 12/02/11 00:08:35   Desc Imaged
Certificate of Notice   Page 7 of 7